# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

UNITED STATES OF AMERICA

    Plaintiff(s)

    vs.

JARID W. WILKIE,

    Defendant(s)

Case Number: 17 CR 40017 JPG

## **ORDER**

THIS MATTER is before the Court on the Federal Public Defender's Motion to Withdraw (Doc. #28) and the Court having been fully advised in the premises finds that the Motion to Withdraw is **GRANTED** and new counsel appointed.

IT IS SO ORDERED.

DATED: June 23, 2017

                                            *s/J. Phil Gilbert*
                                            UNITED STATES DISTRICT JUDGE